# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN DAVID PAMPLIN,
               Appellant,
        vs.
THE STATE OF NEVADA,
               Respondent.

No. 82644

FILED

APR 2 9 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order denying appellant's motion to correct an illegal sentence. Eighth Judicial District Court, Clark County; Jacqueline M. Bluth, Judge.

Appellant has filed a motion asking this court to terminate his appeal from the order denying his motion to correct an illegal sentence. The motion is granted and this court

ORDERS this appeal DISMISSED.

_____, J.
Cadish

_____, J.
Pickering

_____, J.
Herndon

cc:    Hon. Jacqueline M. Bluth, District Judge
       John David Pamplin
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

21-12329